Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:12-cv-4261-PSG-AJW |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

TO THE CLERK:

NOW COMES Plaintiff, Angela Johnson ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Date: <u>October 22, 2013</u>

    /S/ Amy L. Bennecoff  
Amy L. Bennecoff, Esquire  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Fax: (215) 540-8817  
Email: abennecoff@creditlaw.com  
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on the following on this 22nd day of October, 2013:

Michael R Simmonds, Esq.  
Tomio B Narita, Esq.  
Lindsey A Morgan, Esq.  
Simmonds & Narita LLP  
44 Montgomery Street Suite 3010  
San Francisco, CA 94104-4816  
Email: msimmonds@snllp.com  
Email: tnarita@snllp.com  
Email: lmorgan@snllp.com

Date: <u>October 22, 2013</u>

    /S/ Amy L. Bennecoff  
Amy L. Bennecoff, Esquire  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Fax: (215) 540-8817  
Email: abennecoff@creditlaw.com  
Attorney for the Plaintiff