1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                             **WESTERN DIVISION**

11  **ANGELA JOHNSON,**                    )      **Case No. CV 12-4261 (AJW)**
                                           )
12              **Plaintiff,**             )
                                           )
13        **v.**                           )      **ORDER OF DISMISSAL**
                                           )
14  **PORTFOLIO RECOVERY**                 )
    **ASSOCIATES LLC,**                    )
15                                         )
                **Defendant.**             )
16  _____   )

17

18       The Court having been advised by counsel for the parties that

19  this case has been settled, this case is hereby **dismissed** in its

20  entirety without prejudice to the right, upon good cause shown within

21  60 days, to reopen the case if the settlement is not consummated.

         **IT IS SO ORDERED.**
22

23

24  Dated: October 23, 2013

25                                               _____
                                                 Andrew J. Wistrich
26                                               United States Magistrate Judge

27

28